Opinion filed April 23, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed April 23,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00258-CV

                                                    __________

 

            MATBON, INC. AND WILLIAM EDGAR HUTTON, Appellants

 

                                                             V.

 

                               DENNIS
AND DEBRA GRIES, Appellees

 



 

                                          On
Appeal from the 29th District Court

 

                                                       Palo
Pinto County, Texas

 

                                                  Trial
Court Cause No. C40959

 



 

                                              M E
M O R A N D U M   O P I N I O N

The
parties have filed in this case an agreed motion to dismiss.  The parties state
that they have reached a settlement and that this settlement has no effect on
the opinion previously issued in this case.  The motion is granted, and the
appeal is dismissed.

 

 

April 23, 2009                                                              PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.